## MASONCUP v STATE

Ohio Appeals, 4th Dist, Scioto Co

Decided Dec 8, 1933

Miller, Searl & Fitch, Portsmouth, for plaintiff in error.

Emery F. Smith, Pros. Atty., Portsmouth, and James B. Miller, Asst. Pros. Atty., Portsmouth, for State.

For full opinion see 40 OLR 38; 189 NE 512; 47 Oh Ap 32.